**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

DEVONTE MOORER,

               Plaintiff,

           -v-                            9:25-CV-679 (AJB/DJS)

TROY MATTHIE _et al._,

               Defendants.

_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| DEVONTE MOORER<br>Plaintiff, Pro Se<br>11-B-2591<br>Green Haven Correctional Facility<br>P.O. Box 4000<br>Stormville, NY 12582 | |
| HON. LETITIA JAMES<br>New York State Attorney General<br>Attorneys for Defendants<br>The Capitol<br>Albany, NY 12224 | OLIVIA R. COX, ESQ.<br>Assistant Attorney General |

**Hon. Anthony Brindisi, U.S. District Judge:**

<u>**ORDER ON REPORT & RECOMMENDATION**</u>

On May 27, 2025, _pro se_ plaintiff DeVonte Moorer ("plaintiff"), an individual in the custody of the New York State Department of Corrections and Community Supervision ("DOCCS"), filed this 42 U.S.C. § 1983 action alleging that various defendants violated his rights while he was housed at Upstate Correctional Facility.  Dkt. No. 1.  Along with his complaint, plaintiff also moved for leave to proceed _in forma pauperis_ ("IFP Application").  Dkt. Nos. 2, 4.

- 1 -

On July 15, 2025, this Court granted plaintiff's IFP Application and, after conducting an initial review of his pleading, concluded that several of plaintiff's § 1983 claims required a response from defendants. Dkt. No. 6. In particular, the Court ordered a response as to plaintiff's: (1) Eighth Amendment excessive force and failure-to-intervene against defendants Rushlow, Ramie, Doe #1, and Doe #2; (2) Fourteenth Amendment equal protection claim against defendant Rushlow; and (3) conspiracy claim against defendants Matthie, Rushlow, Ramie, Doe #1, and Doe #2. *See id*. Plaintiff's other claims were dismissed. *Id*.

On December 5, 2025, in lieu of an answer, defendants moved for summary judgment on the basis of plaintiff's alleged failure to exhaust his administrative remedies with respect to these claims. Dkt. No. 27. Defendants also moved to dismiss plaintiff's § 1983 conspiracy claim against defendants Matthie, Rushlow, and Ramie. *Id*. That motion was fully briefed and referred to the assigned magistrate judge. Dkt. Nos. 32, 33, 34, 36.

On April 9, 2026, U.S. Magistrate Judge Daniel J. Stewart advised by Report & Recommendation ("R&R") that defendants' motion to dismiss plaintiff's conspiracy claim be granted but that defendants' motion for summary judgment on exhaustion grounds be denied. Dkt. No. 37. As Judge Stewart explained, defendants correctly argued that plaintiff had failed to plausibly allege a § 1983 conspiracy claim. *Id*. However, Judge Stewart concluded that plaintiff's filings raised a factual question as to exhaustion, including as to whether "the processing and/or the availability of the grievance process" was available to him under the circumstances presented, *i.e.*, when he was quickly transferred to a new facility within days of the alleged incident. *Id*.

Neither party has lodged objections, and the time period in which to do so has expired. *See* Dkt. No. 37. Upon review for clear error, the R&R is accepted and will be adopted. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 37) is ACCEPTED;

2.  Defendants' motion for summary judgment and partial motion to dismiss (Dkt. No. 27) is GRANTED in part and DENIED in part;

3.  Plaintiff's § 1983 conspiracy claims against defendants Matthie, Rushlow, and Ramie are DISMISSED;

4.  Defendants' motion for summary judgment on exhaustion grounds is DENIED;

5.  The following claims remain for discovery: (1) Eighth Amendment excessive force and failure-to-intervene against defendants Rushlow, Ramie, Doe #1, and Doe #2; and (2) Fourteenth Amendment equal protection claim against defendant Rushlow; and

6.  The remaining defendants shall file an answer to the remaining claims in the operative pleading (Dkt. No. 1) within FOURTEEN DAYS of the date of this opinion.

The Clerk of the Court is directed to terminate the pending motions and set a deadline accordingly.

**IT IS SO ORDERED.**

Dated:   May 8, 2026
         Utica, New York.

Anthony J. Brindisi
U.S. District Judge